Prob 12B

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION
WITH CONSENT OF THE OFFENDER

*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | James Lee MERRILL |
| **Docket Number:** | 2:00CR00597-01 |
| **Offender Address:** | Glen Ellen, California |
| **Judicial Officer:** | Honorable William B. Shubb<br>United States District Judge<br>Sacramento, California |
| **Original Sentence Date:** | 09/05/2001 |
| **Original Offense:** | 18 USC 844(i) - Arson (CLASS C FELONY) |
| **Original Sentence:** | 51 months custody Bureau of Prisons; 3 years Supervised Release; $100 special assessment; Mandatory drug testing. |
| **Special Conditions:** | Warrantless search; Financial restrictions and disclosure; Substance abuse testing, treatment, and co-payment; Arson registration; Not associate with any violent hate groups, organizations, or display materials associated with hate groups. |
| **Type of Supervision:** | Supervised Release |
| **Supervision Commenced:** | 08/08/2005 |
| **Assistant U.S. Attorney:** | R. Steven Lapham    **Telephone:** 916-554-2700 |
| **Defense Attorney:** | Dennis Waks    **Telephone:** 916-498-5700<br>Assistant Federal Defender |
| **Other Court Action:** | None. |

**RE:     James Lee MERRILL**
         **Docket Number:  2:00CR00597-01**
         **PETITION TO MODIFY THE CONDITIONS OR TERM**
         **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

1. As directed by the probation officer, the defendant shall participate in a program of mental health treatment (inpatient or outpatient).

2. As directed by the probation officer, the defendant shall participate in a co-payment plan for treatment or testing and shall make payment directly to the vendor under contract with the United States Probation Office of up to $50 per month.

**Justification:**   The releasee recently relocated to the Northern District of California, and secured a residence and employment.  As a condition of accepting supervision of this case, the Northern District of California Probation Office is requesting the releasee participate in mental health counseling to address behavioral issues, and seek assistance in accepting and living with his crime of conviction. This officer agrees the releasee would benefit from such counseling, and the releasee has agreed to participate in counseling. An increase in the co-payment option was requested by the Northern District of California, and appears appropriate given the releasee's income.  The Prob Form 49 - Waiver of Hearing to Modify Conditions, has been executed by the releasee and is on file.

**RE:** James Lee MERRILL
Docket Number:  2:00CR00597-01
<u>PETITION TO MODIFY THE CONDITIONS OR TERM
OF SUPERVISION WITH CONSENT OF THE OFFENDER</u>

Respectfully submitted,

/s/ Dayna D. Ward

**DAYNA D. WARD**
**Senior United States Probation Officer**
Telephone:  916-786-2989

**DATED:**  May 9, 2007
Roseville, California
ddw:cd


**REVIEWED BY:**       /s/ Richard A. Ertola
**RICHARD A. ERTOLA**
**Supervising United States Probation Officer**

---

**THE COURT ORDERS:**

( X )   Modification approved as recommended.

Date:  May 10, 2007

[signature]
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**RE:    James Lee MERRILL**
**Docket Number:  2:00CR00597-01**
**PETITION TO MODIFY THE CONDITIONS OR TERM**
**OF SUPERVISION WITH CONSENT OF THE OFFENDER**


cc:    United States Probation
       R. Steven Lapham, Assistant United States Attorney
       Dennis Waks, Assistant Federal Defender
       Defendant
       Court File